# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| VERNON F. BAKER,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES MacDONALD; MR. VARNUM; MR. PERKINS; MS. GIERBOLINI; MR. SHRIVER; DR. ROUSH; DR. ROBERTS; BILL SLAUGHTER; MIKE MAHONEY; DENISE DEYOTT; DAN CLADEK; JUDGE G. TODD BAUGH; MR. WAYNE NICHOLS; MR. BOGGS; SGT. SHAW; INMATE DONALD WOOD,<br><br>Defendants. | No. CV 04-98-GF-SEH<br><br>**ORDER** |

On October 12, 2005, United States Magistrate Judge Carolyn S. Ostby entered Findings and Recommendation[1] in this matter. Plaintiff did not file objections. No review is required of proposed findings and recommendations to which no objection is made. Thomas v. Arn, 474 U.S. 140, 149-152 (1986). However, this Court will review Judge Ostby's Findings and Recommendation for clear error.

Following extensive findings, Judge Ostby recommended Plaintiff's claims regarding Judge Baugh, his initial placement at Crossroads, Donald Wood, hospital staff's questions regarding his next of kin, the doctors' actions at Shelby or Great Falls, his placement in

---

[1]Docket No. 10.

segregation on his return to Crossroads, his right of access to the courts, Perkins' refusal to let him telephone the Sheriff, and Shriver's removal of the guaze packing should be dismissed with prejudice.

Judge Ostby also recommended that all claims against Defendants Baugh, Wood, Dr. Roush, Dr. Roberts, Perkins, and Shriver be dismissed

I see no clear error in Judge Ostby's Findings and Recommendation. I, therefore, adopt Judge Ostby's Findings and Recommendation in full.

ORDERED:

1. Wayne Nichols, Mr. Boggs, and Sergeant Shaw are added as parties defendant.

2. Plaintiff's claims regarding Judge Baugh, his initial placement at Crossroads, Donald Wood, hospital staffs' questions regarding his next of kin, the doctors' actions at Shelby or Great Falls, his placement in segregation on his return to Crossroads, his right of access to the courts, Perkins' refusal to let him telephone the Sheriff, and Shriver's removal of the guaze packing are **DISMISSED with prejudice**.

3. All claims against Defendants Baugh, Wood, Dr. Roush, Dr. Roberts, Perkins, and Shriver are **DISMISSED**.

The Clerk of Court is directed to enter judgment accordingly.

DATED this 20th day of December, 2005.

SAM E. HADDON
United States District Judge